


**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JACQUELINE BLOUNT,<br>Defendant. | ) | 2:09-CR-458-GMN-(RJJ) |

**FINAL ORDER OF FORFEITURE AS TO DEFENDANT JACQUELINE BLOUNT**

On September 11, 2012, this Court entered the Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A) and (a)(2)(B); Title 18, United States Code, Section 1029(c)(1)(C); and Title 21, United States Code, Section 853(p), forfeiting property of defendant JACQUELINE BLOUNT to the United States of America.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A) and (a)(2)(B); Title 18, United States Code, Section 1029(c)(1)(C); and Title 21, United States Code, Section 853(p) that the

. . .

forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant JACQUELINE BLOUNT.

DATED this 24 day of SEPTEMBER, 2012.

UNITED STATES DISTRICT JUDGE