PAUL WOMMER, ESQ.
Nevada Bar No. 0015
629 South Sixth Street
Las Vegas, NV 89101
Tel: (702) 388-8817
Fax: (702) 388-8819

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-cr-00458-GMN-~~RJJ~~ VCF |
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| vs. | |
| JACQUELINE BLOUNT, | |
| Defendant. | |

I, the undersigned, JACQUELINE BLOUNT, hereby consents to substitute PAUL E. WOMMER, ESQ., as my attorney of record in place of SHAWN PEREZ, ESQ., in the above-entitled matter.

DATED this 11 day of January, 2013.

_____
JACQUELINE BLOUNT

I, PAUL E. WOMMER, ESQ., do hereby consent to being substituted in as attorney of record in place of SHAWN PEREZ, ESQ., ~~in the~~ above-entitled matter.

DATED this ___ day of January, 2013.

_____
PAUL WOMMER, ESQ.
Nevada Bar No. 0015
629 South Sixth Street
Las Vegas, NV 89101

I, SHAWN PEREZ, do hereby consent that PAUL E. WOMMER, ESQ. may be substituted in my place in the above-entitled matter.

DATED this ___ day of January, 2013.

_____
SHAWN R. PEREZ, ESQ.
Nevada Bar No. 010421
633 South Fourth Street, #7
Las Vegas, Nevada 89101

IT IS SO ORDERED.

_____
UNITED STATES ~~DISTRICT JUDGE~~

DATED: 1-28-2013

2