# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JACQUELINE BLOUNT, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 2:09-cr-00458-GMN-VCF-1 <br><br> **ORDER** |

Before the Court is Defendant Jacqueline Blount's Motion [ECF No. 107] for Modification of Terms of Sentence filed February 15, 2013.  The Government's Response [ECF No. 109] in opposition to Defendant's Motion was filed on February 19, 2013.

For the reasons stated by the Government in their Response, and *Downey v. Crabtree*, 100 F.3d 662, 670-71 (9th Cir. 1996), Defendant Jacqueline Blount's Motion [ECF No. 107] for Modification of Terms of Sentence is hereby **DENIED**.

**DATED** this 19th day of March, 2013.

_____
Gloria M. Navarro
United States District Judge