# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:09-cr-00458-GMN-VCF-1 |
| vs. ) | |
| ) | **ORDER** |
| JACQUELINE BLOUNT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Before the Court is Defendant's Motion for Modification of Terms of Sentence (ECF No. 111) filed on March 7, 2013. The Government filed a Response (ECF No. 124) on April 17, 2013.

The Defendant has not identified any authority for the Court to modify her sentence at this time. In addition, the Defendant has failed to submit any evidence or information to justify a modification of her sentence pursuant to Fed. R. Crim. P. 35.

Accordingly, Defendant's Motion for Modification of Terms of Sentence (ECF No. 111) is hereby **DENIED**.

**DATED** this 17th day of April, 2013.

_____
Gloria M. Navarro
United States District Judge