# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:09-cr-00458-GMN-VCF-1 |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| JACQUELINE BLOUNT, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

    Before the Court is Defendant Jacqueline Blount's Motion [ECF No. 128] for Modification of Sentence filed on May 9, 2013.  The Government's Response [ECF No. 129] in opposition to Defendant's Motion was filed on May 17, 2013.

    For the reasons stated by the Government in their Response [ECF No. 129], the Court hereby **DENIES** Defendant Jacqueline Blount's Motion [ECF No. 128] for Modification of Sentence filed on May 9, 2013.

    **DATED** this 24th day of May, 2013.

_____

Gloria M. Navarro
United States District Judge