# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:09-cr-00458-GMN-VCF-1 |
| vs. ) | |
| ) | **ORDER DENYING MOTION** |
| JACQUELINE BLOUNT, *et al.*, ) | **FOR CORRECTION** |
| ) | |
| Defendants. ) | |
| ) | |

The Defendant, Jacqueline Blount, filed a Motion for Correction to Conditions of the Supervised Release Portion of her Sentence (ECF No. 133) on July 1, 2013, claiming that only one year of Supervised Release was authorized, and that she was improperly sentenced to three years of supervised release. It appears that the Defendant may have been misinformed.

Defendant Jacqueline Blount pleaded guilty to Wire Fraud and Possession of Fifteen or More Unauthorized or Counterfeit Access Devices, which are both Class C felonies per their respective Statutes. Pursuant to 18 U.S.C. § 3583(b) (Authorized terms of supervised release), the authorized term of supervised release for a Class C felony is not more than three years. Therefore, the Court correctly sentenced Defendant Jacqueline Blount to an appropriate term of supervised release. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion (ECF No. 133) is **DENIED**.

**DATED** this 16th day of July, 2013.

_____
Gloria M. Navarro
United States District Judge